IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIELLE L. BACHORZ**, | : CIVIL ACTION NO. 1:06-CV-0838 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **CHRISTOPHER M. SILVIO**, et al., | : |
| **Defendants** | : |

**O R D E R**

AND NOW, this 21st day of April, 2008, upon consideration of defendant's motion in limine (Doc. 54), which seeks to preclude plaintiff from offering evidence of the circumstances surrounding the arrest and detention of Brian Bachorz, Paul Dankowsky, and Shannon Mock, and it appearing that plaintiff contemporaneously observed limited aspects of the arrest and detention of Brian Bachorz, Paul Dankowsky, and Shannon Mock and possesses personal knowledge thereof (see generally Doc. 53 at 1-5), and that such evidence is relevant to plaintiff's excessive force claim as it provides background and context for her claim, see FED. R. CIV. P. 401 (defining relevant evidence and setting a low threshold for relevance), it is hereby ORDERED that the motion in limine (Doc. 54) is GRANTED in part and DENIED in part as follows:

1. Plaintiff shall be permitted to offer testimony regarding those aspects of the arrest and detention of Brian Bachorz, Paul Dankowsky, and Shannon Mock which she personally observed.

2. Plaintiff shall not be permitted to offer testimony regarding those aspects of the arrest and detention of Brian Bachorz, Paul Dankowsky, and Shannon Mock which she did not personally observe.

     /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge